**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Jennifer W.                                         Case No. 24-cv-4127 (DJF)

        Plaintiff,

v.                                                            **ORDER**

Frank Bisignano,
*Commissioner of Social Security*,

        Defendant.

      This matter is before the Court on the parties' *Joint Stipulation for EAJA Fees* ("Stipulation") (ECF No. 36).  The parties stipulate to an award $14,150 in attorney's fees to Plaintiff Jennifer W.[1] under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA").

      Based on the parties' Stipulation and Plaintiff's supporting documents (ECF Nos. 34-2, 34-3, 34-4), the Court **APPROVES** the Stipulation.  The Government shall pay Plaintiff $14,150 in attorney fees.  In accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debt Plaintiff may owe the United States.  If, after receiving the Court's EAJA fee order, the Commissioner: (1) determines Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, **J. Asha Sharma.**  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by check made out to Plaintiff.

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

Any checks issued for payment (regardless of whether the check is made out to Plaintiff or to Plaintiff's attorney), shall be delivered to Plaintiff's attorney at **J. Asha Sharma, 2579 Hamline Avenue North, Suite C, Saint Paul, MN 55113**.

Before she was able to meet and confer with defense counsel, Plaintiff filed a motion for attorney's fees (ECF No. 32) ("Motion").  The parties subsequently filed the Stipulation after meeting and conferring.  Because the Stipulation resolves the Motion, the Motion (ECF No. 32) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Dated: February 20, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge